**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**DANA D. RIPLEY**

    Plaintiff,

v.                                                 **CASE NO. 3:04-cv-01328-JHM-MCR**

**CITY OF LAKE CITY, FLORIDA,
a Florida municipal corporation, JOHN DUBOSE,
in his individual and official capacities, and R.B.
CHARLES, in his individual and official capacities,**

    Defendants.
_____/

**O R D E R**

Before the Court is Defendants' Motion to Dismiss Count III and Official Capacity Claims of Amended Complaint (Dkt. 10), to which Plaintiff's filed a Response (Dkt. 11). Plaintiff's Response states that "Plaintiff has reviewed the arguments made by Defendants, and cannot disagree with the issues raised in the motion" (Dkt. 11). Plaintiff therefore requests leave to amend the Complaint to address the deficiencies identified by Defendants.

The Court finds that Plaintiff's Response (Dkt. 11) is itself deficient in procedural requirements. Plaintiff, upon moving for leave to amend the Complaint, failed to attach a legal memorandum as is required by Rule 3.01(a), Local Rules of the United States District Court, Middle District of Florida. Plaintiff's Motion (Dkt. 11) also fails to comply with Rule 3.01(g), Local Rules of the United States District Court, Middle District of Florida., which requires Plaintiff to confer with opposing counsel.

Upon due consideration, Plaintiff's Motion (Dkt. 11) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida this __14__ day of July, 2005.

Copies to:

Counsel of Record

_____
JOHN H. MOORE II
United States District Judge