# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**DANA RIPLEY,**

       Plaintiff,

**v.**　　　　　　　　　　　　　　　　　　**CASE NO. 3:04-cv-1328-J-16MCR**

**CITY OF LAKE CITY, FLORIDA,**

       Defendant**.**

_____/

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a motion for judgment as a matter of law made by the Defendant having been granted,

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered on the complaint for the Defendant, City of Lake City, Florida.


                                                    SHERYL L. LOESCH ,Clerk

Date: September 7, 2006　　　　　　　　　(By) Deputy Clerk:


　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia M. Flick


Copy to:  Counsel of Record